■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL RIVERA, Appellant.—Judgment, Supreme Court, New York County (Eve Preminger, J.), rendered on April 9, 1986, unanimously affirmed. Defendant-appellant's motion for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Murphy, P. J., Kupferman, Carro, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN THOMAS, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on January 16, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Ellerin and Smith, JJ.